IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,

  v.                                NO. CIV. S- 07-2350 GGH

THE MUNIRS COMPANY, et al.,

      Defendants.              <u>ORDER</u>

            The case is before the undersigned pursuant to 28 U.S.C. § 636(c) (consent to proceed before a magistrate judge). After a status conference on January 14, 2008, the court issues the following orders.

            Accordingly, IT IS ORDERED that:

            1. Any party who has not yet filed a form regarding consent to proceed before a magistrate judge shall do so within ten days of this order;

            2. Defendant First Rancho Plaza L.P. shall file an answer within ten days of this order;

            3. Based on the parties' request for referral to the court's Voluntary Dispute Resolution Program, this case is referred to the Voluntary Dispute Resolution Program; and

\\\\\

\\\\\

1

1       4. The parties are directed to inform the court in 90 days whether the program
2 successfully resolved the case. The court will not further schedule this case unless the parties
3 advise that the Voluntary Dispute Resolution Program was not successful.

4 DATED: 01/22/08

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH/076:Johnson2350.vdrp.wpd